Filed 5/7/15  P. v. Trujillo CA4/1

## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>JESSE OMAR TRUJILLO,<br><br>    Defendant and Appellant. | D066180<br><br><br>(Super. Ct. No. SCD235443) |

APPEAL from a judgment of the Superior Court of San Diego County, Timothy R. Walsh, Judge.  Affirmed.

Patrick J. Hennessey, Jr., under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

In October 2012, the San Diego County grand jury indicted Jesse Omar Trujillo and two codefendants of numerous charges related to a scheme where the men used stolen identities to purchase two homes.  Trujillo pleaded guilty to one count each of conspiracy to commit grand theft (count 1), using personal identifying

information of another (count 2) and forgery of documents (count 4). He also pleaded guilty to two counts of filing a false instrument (counts 8, 17) and admitted an allegation that the loss to the victims was more than $500,000. It was agreed Trujillo would receive a five-year prison term.

The trial court later sentenced Trujillo to the upper term of three years in prison on count 1, a two-year term for the enhancement, and concurrent midterms of two years on the remaining charges. Trujillo received credit for four days of presentence custody. The court imposed a number of fines and fees and ordered joint restitution to the victim in the amount of $653,421.45. Trujillo timely appealed. The court later granted Trujillo's request for issuance of a certificate of probable cause.

## DISCUSSION

Appointed appellate counsel has filed a brief summarizing the facts and proceedings below. He presented no argument for reversal, but asked this court to review the record for error as mandated by *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*). We granted Trujillo permission to file a brief on his own behalf. He has not responded.

Our review of the record pursuant to *Wende* has disclosed no reasonably arguable issues on appeal. Competent counsel has represented Trujillo on this appeal.

2

DISPOSITION

The judgment is affirmed.

McINTYRE, J.

WE CONCUR:

McCONNELL, P. J.

HUFFMAN, J.